UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY WAYNE DAHL,<br><br>Plaintiff,<br><br>v.<br><br>WASCO STATE PRISON, et al.,<br><br>Defendants. | Case No.: 1:22-cv-01153-JLT-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 16.) |

Bradley Wayne Dahl seeks to hold defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. The magistrate judge found Plaintiff had failed to file a first amended complaint or notice of voluntary dismissal, recommending dismissal of this action for Plaintiff's failure to obey court orders and failure to prosecute. (Doc. 16.) The Court advised Plaintiff that "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 3-4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 30, 2023 (Doc. 16) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute.
3. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: __July 24, 2023__

UNITED STATES DISTRICT JUDGE

2